IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff,

vs.

JOANNE RUDULPH,

    Defendant.
                             /

No. 2:13-cv-0759 KJN PS

ORDER

This is an unlawful detainer action that was removed to this court by defendant Joanne Rudulph, proceeding without counsel, from the Sacramento County Superior Court on April 19, 2013. (ECF No. 1.) The case was initially referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

On May 3, 2013, the undersigned filed findings and recommendations (ECF No. 4), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. However, on May 6, 2013, and May 10, 2013, both plaintiff and defendant, respectively, consented to the jurisdiction of a United States Magistrate Judge, and the case was subsequently reassigned to the undersigned for all further proceedings and entry of a final judgment. (ECF Nos. 6, 7, 8.)

////

Although the deadline for filing objections has now passed, neither party has filed objections to the undersigned's findings and recommendations. In fact, plaintiff filed a statement of non-opposition to the findings and recommendations. (ECF No. 5.) The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 4) are ADOPTED in full as the order of the court.

2. The action is REMANDED to the Sacramento County Superior Court.

3. The Clerk of Court is directed to serve a certified copy of this order on the Clerk of the Sacramento County Superior Court, and reference the state case number (13UD01526) in the proof of service.

4. The Clerk of Court is directed to close this case and vacate all dates.

IT IS SO ORDERED.

DATED: May 21, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE